FILED: October 17, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2183
(3:06-cv-00396-MHL)

_____

EDUCATIONAL MEDIA COMPANY AT VIRGINIA TECH, INCORPORATED; CAVALIER DAILY, INCORPORATED, The Cavalier Daily, Incorporated

   Plaintiffs - Appellants

v.

J. NEAL INSLEY, Commissioner, Virginia Alcoholic Beverage Control Commission; SANDRA C CANADA, Commissioner, Virginia Alcohol Beverage Control Commission; W. CURTIS COLEBURN, III, Chief Operating Officer Virginia Department of Alcoholic Beverage Control; FRANK MONAHAN, Director, Law Enforcement Bureau of the Virginia Department of Alcoholic Beverage Control; BRYAN M. RHODE, Commissioner, Virginia Alcoholic Beverage Control Commission

   Defendants - Appellees

------------------------------

WASHINGTON LEGAL FOUNDATION; STUDENT PRESS LAW CENTER; COLLEGE NEWSPAPER BUSINESS AND ADVERTISING MANAGERS; THOMAS JEFFERSON CENTER FOR THE PROTECTION OF FREE EXPRESSION; THE MEDIA INSTITUTE

   Amici Supporting Appellant

_____

## M A N D A T E

_____

The judgment of this court, entered 9/25/2013, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*